No. 743. INDIANA BROADCASTING CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Whitman Knapp* and *Martin F. Richman* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Robert A. Bernstein* for respondent. *Douglas A. Anello* for National Association of Broadcasters, as *amicus curiae,* in support of the petition.

No. 828. LICHOTA ET UX. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Sumner Canary* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 835. REPUBLIC OF IRAQ *v.* FIRST NATIONAL CITY BANK, ADMINISTRATOR. C. A. 2d Cir. Certiorari denied. *Leo C. Fennelly* for petitioner. *Herbert Brownell* and *Woodson D. Scott* for respondent.

No. 844. MILLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Burton Marks* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 732, Misc. VASQUEZ-OCHOA *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pró se. Solicitor General Marshall* for the United States et al.

No. 872. DEXTER ET AL. *v.* UNITED STATES. C. A. 5th Cir. Motion to dispense with printing the petition granted. Certiorari denied. *David Goldman* for petitioners. *Solicitor General Marshall* for the United States.